People v Hutchinson (2025 NY Slip Op 04735)

People v Hutchinson

2025 NY Slip Op 04735

Decided on August 20, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 20, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
CARL J. LANDICINO, JJ.

2025-07046
 (Index No. 75626/22)

[*1]The People of the State of New York, plaintiff,
v
Roger Hutchinson, defendant.

Patricia Pazner, New York, NY (Maya McDonnell of counsel), for defendant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Terrence F. Heller of counsel), for plaintiff.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County (Eugene M. Guarino, J.), rendered April 27, 2023.
ORDERED that the application is granted, and the defendant's application is deemed
to be a timely notice of appeal.
The appellant established his entitlement to the relief requested (see People v Syville, 15 NY3d 391).
BRATHWAITE NELSON, J.P., MILLER, DOWLING and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court